UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
July 31, 2025 12:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: ___ /7/31

Casey Harmon
_____
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-871
Phillip Green- Magistrate Judge

v.

See Attached
_____
_____
_____
_____
_____

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☑  No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      Western District Fed court

   2. Is the action still pending?    Yes ☑  No ☐
      a. If your answer was no, state precisely how the action was resolved: _____
      _____

   3. Did you appeal the decision?    Yes ☐  No ☐
   4. Is the appeal still pending?    Yes ☐  No ☐
      a. If not pending, what was the decision on appeal? _____
      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☑
      a. If so, explain: _____
      _____

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

   A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Casey harmon_

Place of Present Confinement _Kcck Jail_

Address _703 Ball Ave NE 49503_

Place of Confinement During Events Described in Complaint _____

   B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _____

Position or Title _____

Place of Employment _____ _See Attached_

Address _____

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____ _See Attached_

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Defendant List

Officer Moore
Sgt. Goodson
Sgt. Shoop
Sgt. Cheney
Sgt. Vernoche
Officer Engstrom
Officer McNeil
Chaplain Fuller
Mental Health Worker Haylynn
John Doe
John Doe

Each Defendant is being sued in there personal & official capacity.

1.

June 12th I wrote a kite about the mail I was supposed to recieve that day. Officer Moore told me that the only way i could see my Mail was if it was scanned through the Smart Communications software allowing me to see the legal Mail through my tablet allowing all sergeants to view it as well.

The Jail began this process MID May but still allows legal Mail to physically be given to inmates in the presence of an officer. I told officer Moore that I am representing Myself on all cases & that I need physical copies of My Mail which she told me could not happen & that My legal Mail would just be put into My Property unopened if i refused the process. i told her to put it into My property until i figured the Issue out & She stated She would.

The next day i was informed that i could get physical copies of my mail, that it would still be scanned on to my tablet but that there was a specific Legal Mail app that would appear after i created an account for it. I did that & began writing kites to Sergeant Goodson about trying to get my mail from June 12th, She has ignored multiple kites about the Issue to which Sgt. Snoop, Sgt. Cheney & Sgt. vernoche all said were not grievable Issues. My Kite requesting the Mail/ Property room to bring my mail was ignored as well as my grievance to Sgt. Snoop about My Mail. Sgt. Snoop told me that My request for mail being denied was not a grievable Issue.

2

I told Sgt. Cheney in a kite I directed to him & "all sergeants who has access to view" it that my right to access the courts & to my legal mail has been violated due to the issue.

A total of 4-6 kites through June-July as well as grievances about my mail from the court of appeals has been ignored essentially by the sergeants. They have all acted with negligence.
Deputy er— rom illegally responded to the kites I wrote to Sgt. Goodson about the legal mail also refusing to help the issue. I still have not recieved the mail and am not aware of what the court of appeals sent me that day as I have 2 seperate filings in that court.

The Postal Mail app on our Smart communications tablet is for regular mail as there is a seperate app labled "Legal Mail". June 30th the Jail recieved mail for me again from the court of appeals, they returned the mail writting a note on the envolope saying the sender was unknown. July 7th the non-private Kent county Postal mail Facility that scans mail onto our tablets located in Florida was sent the mail due to it being returned from the Jail resulting in it being scanned through the Postal Mail app which isn't for Legal Mail. I don't recieve regular mail so it wasn't until July 15th that I just so happened to check the Postal mail app & see the June 30th Mail.

3. I wrote a grievence about this as well as the other mail to which Sgt. Shoop simply replied that i could request my mail through "inmate services" though i had already done so as he was aware as this information was included in the grievence.

My criminal case is being preJudiced by Jail officials misstreating my mail and or failing to fix the problems acting with negligence, I am being stressed out having to deal with 3 felony cases as well as recieving my legal mail.

Kites & grievences regarding this were electronically written through my tablet June 12th, 14th, & twice on the 23rd as well as twice in July.

The first couple Kites about this were wrttted to Sgt. Goodson & Deputy Engstrom responded to them. When i responded to what he said Sgt. Cheney responded to that response. I then wrote a grievence first stating "to Sgt. Cheney & all Sergeants" regarding the legal mail to which Sgt. Vernoche responded to, the last Grievences & kites Sgt. Shoop responded to. Everyone keeps ping ponging & dodging the issues with my legal mail that i still have not gotten.

4. July 16th officer Moore again was in charge of the mail I recieved, the cart that scans & prints mail wasn't working that day so she told me to request my legal mail the next day which I did through a kite & did not get my mail, July 16th I also asked her if she could bring me my mail I did not get June 12th & she said she was not going to do that. July 19th I physically recieved the July 16th mail without it being scanned do to the cart not working.

Regarding My Legal Mail this action is against every officer/sergeant mentioned herein including John Doe officer who on June 30th recieved & returned my Legal Mail back to the court of appeals as well as John Doe staff member working the mail processing Facility in Seminole, Florida P.O. Box 9216 Area code 33775 because they were aware legal mail is to be processed at Kent County Jail, not at the Facility thats for regular Mail.

I am seeking injunctive relief ordering my mail to be given to me as of Right, 30,000 Dollars Money Damages as well as injunctive relief

1

March 21st & 31st I wrote kites to the kitchen officer Mcneil about my treys having cracks in them. May 27th again there was a crack in the corner of my 10:00 lunch trey along with bread that had mold on it, I informed the officer on my Pod, when cracks were in my food trey again the 28th I wrote a grievance stating that it is a safety hazard to serve food on cracked treys, the cracks are the result of inmates using the treys to break there cell door windows but the treys are not being replaced.

Sergeants are supposed to respond to grievances per policy but Mcneil responded illegally, She was well informed that with the excess water with beans place in the cracked portion of the treys could result in bacteria's or Mold, She stated that all cracked treys would be replaced and that She would address the moldy bread issue. The very next day there was a crack in my trey, and as I always do I showed the Deputy the trey in front of the camera.

July 18th 11:45 I showed officer caldera my lunch trey which again had a crack in it. He stated that he would not have time to call the kitchen to replace the trey.

2

The issue with the trays prevent me from getting whatever calories they provide because the main servings of beans that we always get are usually served with excess water in the part of the tray that has the crack and I don't eat it due to the health risk.

I was also a part of an administration complaint against the kitchen Oct. 2024 due to receiving no fruit or nutrients on the food trays, no menu specifying a calorie count of what we are actually being served here, No Menu at all, and due to us mainly being served clear & unnecessary amounts of Soy Meat filling up the 5 by 7 inch/2 inch high portion of the Food Tray 4 times a week 2 times a day.

The kitchen, under authority of Mcneil, only serves fruit whenever the kitchen is under inspection or one of the kitchen machines are down and I know this because Housing unit officers tell us this when they have to serve us with Lunch bags containing a Sandwich, Cookies, & an apple instead of the regular trays. My Housing Floor along with many are not allowed, or have no way of outside Fresh air or Sun so being deprived of nutrients & fruit along with Sun & Fresh air violates my 8th Amendment rights.

3

The bread we get served is also flowery and uncooked often times preventing me from eating it, i notify officers of this also specifically July 14th when there was clear flower on the bread, i showed officer Spensburg in front of the camera and did not eat it.

It is inmates in fact who work the kitchen but McNeil oversees it and she has been aware of these issues refusing to do anything about them.

I am seeking Injunctive Relief ordering the food trays to be replaced, a Menu of each meal specifying the calories of each meal to atleast be placed on the wall of each POD in this Jail & for fruit to be served. i am also seeking 50,000 dollars Money Damages.

1

July 15th I was interviewed by the Jail's Chaplain Fuller to be put on a Religious Diet due to being Muslim. I informed him that an officer had recently told me there was a veagan No Meat Diet that I could be placed on if I was muslim.

I told chaplain Fuller I could not eat the Hot Dogs or beloyne/Ham Slices on the trays & he said he would provide me with the Diet.

July 18th I wrote a kite to the chaplain as I still was not recieving the diet & chaplain fuller said the Jail's administration was still reviewing my Diet request. July 28th After still not being Served the Diet I again Met with chaplain Fuller. He told me that him and his boss approved My request but that Sergeant Goodson has to approve it before it goes to the kitchen & May not have done it yet.

I'm seeking injunctive relief ordering a No Meat veagan Diet allowing me to Fully practice my religion.

1

July 8th I wrote a kite about Mental health worker Kaylynn. I've been on Housing unit DIF since October 2024. I never request Mental health assistance but every 2 weeks Kaylynn at 8:00 AM is basically Harrassing me as she bangs on my cell door just to wake me up & ask me if i "have any Mental health issues", Who I talk to, and if i know how to reach out if i need to.

She started coming to my cell door because when She first used to have the officer call me to the control center i'd refuse stating i was okay Mentally. In the kite I stated that I am not bound by any Jail Policy, Inmate Handbook, or law to talk to Mental Health if i don't want or need to & she responded that because of My charges She comes and checks on me & will continue to do so. Sgt. Shoop stated this issue was not grievable when brought to his attention in a grievance.

i am Seeking injunctive relief ordering Kaylynn for I to stop Harrassing me waking me up asking repetitive questions, & for Mental health to only Meet with me upon my request. My Sleep schedule is unreasonably being altered by her.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

To be Compensated For Filing Fee, Also

See Attached ←

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

7/29/25
**Date**

*Casey Harmon*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Name: Casa Harmon
Kent County Correctional Facility
703 Ball Ave NE
Grand Rapids MI 49503

GRAND RAPIDS MI 493
29 JUL 2025 PM 3 L

399 Federal Building
110 Michigan St. 49503
Grand Rapids, MI

49503-230099

